JORGE L. NIEBLA,

      Plaintiff,

vs.                                 CASE NO. 5:09cv232/RS-AK

T. COPELAND,

      Defendant.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 7) and Plaintiff's Motion To Object (Doc. 8). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    I find that Plaintiff has acted in bad faith in bringing this case and the other cases identified by the Magistrate Judge's Report and Recommendation. I request that the Department of Corrections take appropriate disciplinary action against Plaintiff in accordance with §944.279(1), Florida Statutes.

3.    All complaints submitted by Plaintiff for filing must include on the front page in bold letters "**IMMINENT DANGER OF SERIOUS INJURY**", supported by specific facts in the body of the complaint, and must be accompanied at that time by a motion to proceed in forma pauperis or by the full filing fee. If Plaintiff fails to comply with these requirements, the

clerk shall return Plaintiff's papers without filing.  If Plaintiff's future

complaints do not support a finding of imminent danger of serious injury,

additional disciplinary action will be sought against Plaintiff.

4.      The clerk is directed to close the file.


**ORDERED** on September 3, 2009.


/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**